IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 27 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:21-CR-6-Z |
| STEVEN ANTHONY REINHART | |

### INFORMATION

The United States Attorney Charges:

Count One
Misprision of a Felony
(Violation of 18 U.S.C. § 4)

Beginning on or about a date unknown and continuing until on or about July 27, 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Steven Anthony Reinhart**, defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: wire fraud, a violation of 18 U.S.C. § 1343, did conceal the same by providing auditors with false sale dates on buyer orders, and did not as soon as possible make known the felony to some judge and other person in civil and military authority under the United States.

In violation of Title 18, United States Code, Section 4.

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar Number 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-mail:       joshua.frausto@usdoj.gov

**Steven Anthony Reinhart**
**Information – Page 2**