IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CR-6-Z-BR-(1) |
| | § | |
| STEVEN ANTHONY REINHART | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Conduct Guilty Plea via Video Teleconference. ECF No. 9. For the reasons stated in the Joint Motion, the motion is granted. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court refers this matter to the Honorable Magistrate Judge Lee Ann Reno to conduct the rearraignment hearing and to provide a Report and Recommendation.

SO ORDERED.

January 28, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE