IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | 2:21-cr-083-Z-BR-1 |
| STEVEN ANTHONY REINHART | § | |
| Defendant. | § | |

**ORDER ON INITIAL APPEARANCE**

On today's date, Defendant, STEVEN ANTHONY REINHART, appeared in person and without counsel, before the undersigned United States Magistrate Judge, for the purpose of an Initial Appearance in accordance with Federal Rule of Criminal Procedure 5. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Federal Rule of Criminal Procedure 5, the defendant received a copy of the Information previously filed. The defendant was advised of the rights relative to the making and the refusal to make statements that might be used against Defendant and acknowledged understanding such rights. The defendant was further advised of the right to retain counsel and of the right to request the Court to appoint counsel if unable to afford to retain counsel. The defendant acknowledged understanding the right to counsel and retained his own counsel.

The government gave notice to the Court that it would not be moving for pretrial detention in this case. Based on this announcement, the Court finds the defendant should be released on a personal recognizance bond with certain specific conditions of release. The defendant was advised of the conditions of release and acknowledged understanding such conditions.

Defendant, STEVEN ANTHONY REINHART (1), is ordered released after processing by the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on February 24, 2021.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE