AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:21-CR-6-Z |
| | ) | |
| STEVEN ANTHONY REINHART | ) | |
| Defendant | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 27 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/24/20

_____
Defendant's signature

_____
Signature of defendant's attorney

Frank Sellers
Printed name of defendant's attorney

_____
Judge's signature

John R. Parker
Lee Ann Reno, U.S. Magistrate Judge
Judge's printed name and title